PS 8
(4/07)

# THE DISTRICT COURT OF GUAM

U.S.A. vs: __Michael L. Marasigan__  Docket No. __CR23-00014-001__

Petition for Action on Conditions of Pretrial Release

COMES NOW __TRINA P. DUENAS__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Michael L. Marasigan__ who was placed under pretrial release supervision by the __Honorable Michael J. Bordallo, Magistrate Judge__ sitting in the court at __Hagåtña, Guam__ on the __14th__ date of __June__, 20__23__ under the following conditions:

*Please see Order Setting Conditions of Release filed on June 14, 2023.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

*The Defendant committed violations of 18 U.S.C. §3142.*

*Please see attached Declaration in Support of Petition and Request for Warrant*

PRAYING THAT THE COURT WILL:

*Pursuant to 18 U.S.C. §3148, order that a Warrant be issued for the defendant to appear at a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.*

Respectfully,

## ORDER OF COURT

Finding good cause, the court orders that a warrant issue for the Defendant's arrest.

/s/ TRINA P. DUENAS
U.S. Pretrial Services Officer

Place: Hagåtña, Guam
Date: June 23, 2025



**/s/ Michael J. Bordallo**
     **U.S. Magistrate Judge**
**Dated: Jun 25, 2025**